# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

    v.            Case No. 06-CR-219

**MATTHEW D. KATCHEM**
    **Defendant.**

## SUPPLEMENTAL RECOMMENDATION TO THE HONORABLE WILLIAM C. GRIESBACH

  On November 16, 2006, this court recommended that the defendant's motion to suppress be denied. This recommendation was filed at 4:57 P.M. and at 9:17 P.M., the defendant filed his reply. With the advent of electronic filing, attorneys are given substantially greater latitude to work and file when convenient for them. In this case, the convenient time was apparently 9:17 P.M. Certainly there is no fault in such nocturnal filings since Katchem had until the stroke of midnight to submit his reply. Next time, this court will wait at least until the day following the deadline to file its recommendation.

  For the sake of clarity and to avoid any potential confusion, this court supplements its Recommendation to state that Katchem's reply does not change this court's earlier recommendation. Any objections pursuant to 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Criminal Procedure 59 (b)(2), and General Local Rule 72.3 (E.D. Wis.) must be submitted within 10 days of this court's October 16, 2006 Recommendation.

  Dated at Milwaukee, Wisconsin this <u>21st</u> day of November, 2006.

                s/AARON E. GOODSTEIN
                U.S. Magistrate Judge